**Jeremy Atif DAVIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58321.**

Missouri Court of Appeals,
Western District.

Jan. 30, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied
May 29, 2001.

John M. Schilmoeller, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before BRECKENRIDGE, P.J., and ULRICH and HOWARD, JJ.

**Order**

PER CURIAM.

Jeremy Atif Davis appeals from the denial of his Rule 29.15 motion for postconviction relief, which the motion court denied without an evidentiary hearing. He alleges that the motion court clearly erred in denying his motion without an evidentiary hearing, because his trial counsel was ineffective for failing to advise him or explain to him that he had the right to present evidence and to testify at the pretrial hearing on his motion to suppress his confession.

Judgment affirmed. Rule 84.16(b).